COPY
SEALED BY ORDER OF THE COURT

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

TRACY A. HINO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:   541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00 00446 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | 21 U.S.C. § 860(a), 18 U.S.C. § 2 |
| BONNIE SILVA, and        (01) ) | |
| SHENTEL ROMIAS,          (02) ) | |
| Defendants ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about October 16, 2000, within the District of Hawaii, BONNIE SILVA did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground or school.

In violation of Title 21, United States Code, Section 860(a).

## COUNT 2

The Grand Jury further charges that:

On or about October 19, 2000, within the District of Hawaii, BONNIE SILVA and SHENTEL ROMIAS did knowingly and intentionally possess with intent to distribute and distribute methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a playground or school.

In violation of Title 21, United States Code, Section 860(a) and Title 18, United States Code, Section 2.

DATED: Nov 15, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

USA v. Bonnie Silva and Shentel Romias
"Indictment"